# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JARED EDWARD BEEBE,

    Plaintiff

v.

NEVADA DEPARTMENT OF
CORRECTIONS DIRECTOR, et. al.,

    Defendants

Case No.: 3:19-cv-00038-MMD-WGC

**Order**

Re: ECF No. 89

Defendants filed a motion for summary judgment. (ECF Nos. 79, 79-1 to 79-3, 81-1 to 83-4, errata at ECF Nos. 85-1, 85-1.) Plaintiff filed a response. (ECF No. 84.) Defendants filed a reply. (ECF No. 87.) Plaintiff then filed a response to Defendants' reply. (ECF No. 89.)

Local Rule 7-2 contemplates the filing of a motion, response, and reply. "Surreplies [a response to a reply brief] are not permitted without leave of court; motions for leave to file a surreply are discouraged." LR 7-2(b). Supplemental briefing is likewise prohibited, unless the party obtains leave of court. LR 7-2(g). A supplemental filing made without leave of court may be stricken. LR 7-2(g).

Plaintiff did not seek leave of court to file a sur-reply; therefore, Plaintiff's sur-reply (ECF No. 89) is **STRICKEN**.

**IT IS SO ORDERED**.

Dated: October 26, 2021

_William G. Cobb_
_____
William G. Cobb
United States Magistrate Judge